Matter of Downey v City of N. Tonawanda (2023 NY Slip Op 03605)

Matter of Downey v City of N. Tonawanda

2023 NY Slip Op 03605

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, OGDEN, AND GREENWOOD, JJ.

358 CA 22-00381

[*1]IN THE MATTER OF MARTIN DOWNEY, KIMBERLY DOWNEY, GARY HOWARTH, BERNADETTE HOWARTH, PAUL GORMAN, LESLIE GORMAN, GEORGE SIRADAS, DAVID FRIEDER, BEVERLY DIPALMA, JIM DIPALMA, BRIAN MCKENNA, LINDA MCKENNA, LOU SZYMANSKI, JEANETTE TACKETT, KEN TACKETT, MARK DREISS, JENNIFER STACHNIC, SUSAN FOX, WALTER DONALDSON, DAVID MILLER, MERLE SCHRECKENGOST, MARK COOPER, PHIL GRALNIK, NANCY GRALNIK, SHARON DOLL, PAT OGDEN, MARY MARTIN, TIM MARTIN, DEEDEE SOLMAN, JAY SOLMAN AND OLGA MELKOZEROVA, PETITIONERS-APPELLANTS,
v
CITY OF NORTH TONAWANDA, THE PLANNING BOARD OF THE CITY OF NORTH TONAWANDA, AND MCW CONSTRUCTION, INC., RESPONDENTS-RESPONDENTS. 

LIPPES & LIPPES, BUFFALO (RICHARD J. LIPPES OF COUNSEL), FOR PETITIONERS-APPELLANTS. 
MICHAEL G. PUTZAK, NORTH TONAWANDA, FOR RESPONDENT-RESPONDENT MCW CONSTRUCTION, INC.

 Appeal from a judgment (denominated order) of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered February 1, 2022, in a proceeding pursuant to CPLR article 78. The judgment, inter alia, dismissed the third amended petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court